# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET MILNA HONAKER,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., BANK OF AMERICA, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOE DEFENDANTS 1 THROUGH 20,<br><br>Defendants. | No. CV-12-516-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I). Plaintiff asks the Court to dismiss this action without prejudice. Defendants have neither answered Plaintiff's complaint, nor filed a dispositive motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned complaint is **dismissed** without prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 28th day of September, 2012.

                               *s/Robert H. Whaley*
                               ROBERT H. WHALEY
                               United States District Judge

Q:\RHW\aCIVIL\2012\honaker.dismiss.wpd

**ORDER DISMISSING CASE** ~ 1